**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ODERI CALDWELL,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HOLMES, et al.,<br><br>Defendants. | Civil Action<br>No. 25-13031 (CPO) (EAP)<br><br>**ORDER** |

**O'HEARN, District Judge.**

In an earlier Order, the Court terminated this matter pending receipt of Plaintiff's amended pleading. (ECF No. 6). Plaintiff has since filed his amended pleading. (ECF No. 7). This case is subject to *sua sponte* screening, and the Court will screen the latest amended pleading in due course. Accordingly,

IT IS, on this 11th day of May 2026,

**ORDERED** that the Clerk of the Court shall REOPEN this matter; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

/s/ Christine P. O'Hearn
**Christine P. O'Hearn**
**United States District Judge**